**JS-6**

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HILARY JONES,** | ) Case No. **2:12-cv-09743-MWF (MAN)** |
| | ) |
| Plaintiff, | ) **ORDER GRANTING** |
| | ) **STIPULATION RE DISMISSAL OF** |
| vs. | ) **ENTIRE ACTION AND ALL** |
| | ) **PARTIES WITH PREJUDICE** |
| **MIDLAND CREDIT** | ) |
| **MANAGEMENT, INC. and DOES 1-** | ) |
| **25,** | ) |
| | ) |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated this 24th day of April, 2013.

_____

The Honorable Michael W. Fitzgerald

Order to Dismiss - 1